FILED
SEP 10 2019 AM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FARES ABDELQADER | 19CR 712<br><br>Violation: Title 18, United States Code, Section 922(g)(1)<br><br>JUDGE NORGLE<br>MAGISTRATE JUDGE SCHENKIER |

The SPECIAL JUNE 2018 GRAND JURY charges:

On or about January 18, 2019, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

FARES ABDELQADER,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a loaded Romarm/Cugir, model Drako, 7.62 caliber pistol, bearing serial number DA-4496-15, which firearm had traveled in interstate and foreign commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL JUNE 2018 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Sections 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, one Romarm/Cugir, model Drako, 7.62 caliber pistol, bearing serial number DA-4496-15, and associated ammunition.

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY